BARRY J. PORTMAN
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant FENG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EDWARD FENG, ) <br> ) <br> Defendants. ) <br> _____ ) | No. CR-11-70565 JSC <br><br> [PROPOSED] ORDER AMENDING CONDITIONS OF RELEASE |

Good cause appearing, and for the reasons stated on the record, the conditions of defendant Edward Feng's release are hereby amended as follows:

(1) Mr. Feng does not need to report to Pretrial Services;

All other conditions of the bond issued on May 24, 2011 remain in place.

IT IS SO ORDERED.

DATED: _____       _____
                                                           JAQUELINE SCOTT CORLEY
                                                           United States Magistrate Judge