BARRY J. PORTMAN
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant FENG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>EDWARD FENG,<br><br>  Defendant. | No. CR-11-70565 MAG ~~(NC)~~<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER TO CONTINUE AND<br>EXCLUSION UNDER THE SPEEDY<br>TRIAL ACT AND RULE 5.1 |

The parties jointly request that, subject to the Court's approval, the preliminary hearing/arraignment presently set for November 3, 2011 be continued to November 22, 2011 at 9:30 am.

Defendant Edward Feng is charged in a criminal complaint with violating provisions of the federal Food Drug and Cosmetic Act (FDCA). The parties are in negotiations on a pre-indictment resolution of the case. Additionally, defense counsel requires additional time to effectively prepare the defendant's case, including investigation and legal research of matters critical to the case. Accordingly, the parties jointly request that the preliminary hearing or arraignment be continued from November 3, 2011 to November 22, 2011.

For the above reasons, the parties stipulate there is good cause – taking into account the

public interest in the prompt disposition of this case – to extend the time limit under Federal Rule of Criminal Procedure 5.1 for the preliminary hearing or arraignment from November 3, 2011 to November 22, 2011.  The parties further agree that the time from November 3, 2011 to November 22, 2011 should be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(b), and that failing to exclude that time would unreasonably deny the defendant and his counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further agree that the ends of justice would be served by excluding the time from November 3, 2011 to November 22, 2011 from computation under the Speedy Trial Act and that the need for the exclusion outweighs the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

October 26, 2011　　　　　　　　　　　　　　/s/
DATED　　　　　　　　　　　　　　　　　　KIRSTIN M. AULT
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

October 26, 2011　　　　　　　　　　　　　　/s/
DATED　　　　　　　　　　　　　　　　　　JODI LINKER
　　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender

IT IS SO ORDERED.

10/31/11
DATED　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

*US v. Feng,* CR-11-70565 MAG (JCS);
STIP & [PROPOSED] ORD. TO CONTINUE　　　2