| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

---- OFFENSE CHARGED ----

21 U.S.C. §§ 331(d), 333(a)(1), 355(d) - Introducing into Interstate Commerce a New Drug for Which Approval Had Not Been Granted by the Food and Drug Administration Through the New Drug Application Process

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: 1 year imprisonment, 1 year supervised release, 5 years probation, $100,000 fine, $25 special assessment.

E-filing

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

---- DEFENDANT - U.S. ----

▶ EDWARD FENG

DISTRICT COURT NUMBER

CR 11 0932 MAG

---- DEFENDANT ----

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer ☐ Yes   } If "Yes" give date filed
been filed?   ☐ No

DATE OF ARREST ▶   Month/Day/Year   5/24/11

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
FDA

☐ person is awaiting trial in another Federal or State Court, give name of court
_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District
_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} 3-11-70565

Name and Office of Person Furnishing Information on this form   KIRSTIN M. AULT

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   KIRSTIN M. AULT

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:
_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

MELINDA HAAG (CABN 132612)
United States Attorney

FILED
2011 DEC 15 A 9:23
RICHARD W. ...
CLERK, U.S. DISTRICT ...
N. DISTRICT OF ...

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD FENG,<br><br>　　　　Defendant. | CR No. 11 0932 MAG<br><br>VIOLATIONS: 21 U.S.C. §§ 331(d), 333(a)(1), and 355(d) – Introducing into Interstate commerce a New Drug for Which Approval Had Not Been Granted by the Food and Drug Administration Through the New Drug Application Process |

## INFORMATION

The United States Attorney charges:

　　On or about March 25, 2011, within the Northern District of California, the defendant,

EDWARD FENG,

did introduce into interstate commerce Liu Shen Wan, a New Drug for which approval had not been granted by the Food and Drug Administration through the New Drug Application process,

///

///

///

all in violation of Title 21, United States Code, Sections 331(d), 333(a)(1), and 355(d).

DATED: 12/14/11

MELINDA HAAG
United States Attorney

*/s/ Douglas Wilson for*

MIRANDA KANE
Chief, Criminal Division

(Approved as to form: _____ )
AUSA AULT

INFORMATION