1  STEVEN G. KALAR
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant FENG
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

11  UNITED STATES OF AMERICA,           )   No. CR-11-0932 MAG
                                        )
12               Plaintiff,             )   [PROPOSED] ORDER FOR RETURN OF
                                        )   PASSPORTS
13        v.                            )
                                        )
14  EDWARD FENG,                        )
                                        )
15               Defendant.             )
    _____)
16

17       Having successfully completed pretrial diversion, the above-caption case against

18  defendant Edward Feng has been dismissed. Accordingly, the Court hereby ORDERS the

19  Pretrial Services Office to return Mr. Feng the passports that he surrendered.

20       IT IS SO ORDERED.

21

22   March 14, 2013                         /s/ Nathanael Cousins
     DATED                                  NATHANAEL COUSINS
23                                          United States Magistrate Judge

24

25

26

                                        1